**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JOHNNY WILSON
Reg. #31017-024                                                                                        PLAINTIFF

V.                              CASE NO. 2:15-CV-00040 BSM/BD

USA and DOE                                                                                           DEFENDANTS

**RECOMMENDED DISPOSITION**

**I.      Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Chief United States District Judge Brian S. Miller.  You may file written objections to this Recommendation.  If you file objections, they must be specific and must include the factual or legal basis for your objection.  Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Miller can adopt this Recommendation without independently reviewing the record.  By not objecting, you may also waive any right to appeal questions of fact.

**II.     Discussion:**

Johnny Wilson, an inmate at the Federal Correctional Institution in Forrest City, Arkansas, filed this lawsuit pro se.  (Docket entry #1)  Mr. Wilson, however, did not submit either a complete application to proceed *in forma pauperis* or pay the filing fee.  Accordingly, the Court instructed Mr. Wilson to do either within thirty days.  (#2)  Mr.

Wilson was warned that his claims could be dismissed if he did not comply with the Court's Order. (#2) As of this date, Mr. Wilson has not complied with the Court's March 26, 2015 Order.

**III.** **Conclusion:**

The Court recommends that Mr. Wilsons's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's March 26, 2015 Order.

DATED this 28th day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE