IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JOHNNY WILSON**                                                                                                  **PLAINTIFF**
Reg. #31017-024

v.                                      CASE NO. 2:15CV00040 BSM

**USA and DOE**                                                                                                    **DEFENDANTS**

## ORDER

The recommended disposition filed by United States Magistrate Judge Beth Deere has been received. No objections have been filed. After careful review, it is decided that the recommended disposition should be, and hereby is, approved and adopted in all respects. Accordingly, plaintiff Johnny Wilson's claims are dismissed without prejudice.

IT IS SO ORDERED this 9th day of June 2015.

_____
UNITED STATES DISTRICT JUDGE